UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

———

No. 6:21-cv-00315

———

**Jedidiah O. Hopkins**,
*Plaintiff,*

v.

**Bryan Collier et al**.,
*Defendants.*

———

**ORDER**

On August 10, 2021, plaintiff Jedidiah O. Hopkins, proceeding pro se, together with Donis Lemond Denby and Mitchell Stasney, filed this civil-rights lawsuit pursuant to 42 U.S.C. § 1983. The case was severed into three individual lawsuits, one for each plaintiff. Doc. 7. The case was then referred to United States Magistrate Judge K. Nicole Mitchell pursuant to 28 U.S.C. § 636(b). Doc. 8.

On August 19, 2021, the magistrate judge instructed plaintiff to pay the statutory filing fee or to file an application for leave to proceed *in forma pauperis*. Doc. 9. By separate order, the magistrate judge also ordered plaintiff to file an amended complaint. Doc. 10. Plaintiff failed to comply with either order. On December 13, 2021, the magistrate judge issued a report recommending that plaintiff's case be dismissed without prejudice for failure to prosecute or to obey a court order. Doc. 17. No objections have been filed.

When there have been no timely objections to a magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. Plaintiff's civil-rights action is dismissed without prejudice for failure to prosecute or to obey a court order.

*So ordered by the court on February 2, 2022.*

J. CAMPBELL BARKER
United States District Judge